NO. 07-03-00121-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



AUGUST 14, 2003



______________________________




IN THE INTEREST OF BLAKE CLARK, A MINOR CHILD



_________________________________



FROM THE 286TH DISTRICT COURT OF HOCKLEY COUNTY;



NO. 99-04-17,643; HONORABLE WILLIAM C. DODSON, JUDGE



_______________________________



Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION


 Pending before this Court is appellant David Lynn Clark's motion by which he
represents he desires to dismiss his appeal. Without passing on the merits of the case,
the motion is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.1(a)(1). 
Having dismissed the appeal pursuant to appellant's request, no motion for rehearing will
be entertained and our mandate will issue forthwith.

 Don H. Reavis

 Justice



eal
at appellant's request, no motion for rehearing will be entertained and our mandate will
issue forthwith.

 Don H. Reavis

 Justice


Do not publish.